UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN T. ORE, FRANCIS M. DUNLOP, and             Civil Action No. 07 CV 10681
ROBIN E. DUNLOP

                      Plaintiffs,

v.

THELONIOUS RECORDS, INC.;
THELONIOUS S. MONK, JR. a/k/a
T.S. MONK, and PETER G. GRAIN,

                      Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and requests that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       February 15, 2008

                                      COWAN, LIEBOWITZ & LATMAN, P.C.

                                      By: _____
                                          Robert W. Clarida (RC 3190)

                                      1133 Avenue of the Americas
                                      New York, New York 10036
                                      212-790-9200
                                      rwc@cll.com
                                      *Attorneys for Defendants*