Vouc Howard, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN T. ORE, FRANCIS M. DUNLOP, and          Civil Action No. 07 CV 10681 (NRB)
ROBIN E. DUNLOP

                    Plaintiffs,


          v.

THELONIOUS RECORDS, INC.;
THELONIOUS S. MONK, JR. a/k/a
T.S. MONK, and PETER G. GRAIN,

                    Defendants.
-------------------------------------------------------------X



## STIPULATED EXTENSION OF TIME

          IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the plaintiffs and for the defendants that the time for defendants to answer, move or

otherwise respond with respect to the Complaint herein may be extended from February 9, 2008

up to and including February 29, 2008. No previous extension has been requested or granted.

The extension is necessary because Defendants have only recently retained counsel to represent

them in this action, and said counsel requires the additional time to prepare an appropriate

response and explore the possibility of settlement. Counsel for both parties consent to this

requested extension.

Dated: New York, New York
          February 13, 2008

                                        HUGHES HUBBARD & REED LLP
                                        Attorneys for Plaintiff John T. Ore

                                        By: _____
                                              Michael E. Salzman (MS 6485)
                                        One Battery Park Plaza
                                        New York, NY  10004-1482
                                        (212) 837-6000

PERKINS LAW OFFICE
Attorneys for Plaintiffs Francis M. Dunlop
    and Robin E. Dunlop

By:

Patrick Perkins  (PP 1694)
1711 Route 9D
Cold Spring, NY  10516
(845) 265-2820


COWAN, LIEBOWITZ & LATMAN, P.C.

By:

Robert W. Clarida (RC 3190)
Attorneys for Defendants
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

2/19/08

2

27256/000/819328.1