UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JOHN T. ORE, FRANCIS M. DUNLOP, and          Civil Action No. 07 CV 10681 (NRB)
ROBIN E. DUNLOP

                    Plaintiffs,

       v.

THELONIOUS RECORDS, INC.;
THELONIOUS S. MONK, JR. a/k/a
T.S. MONK, and PETER G. GRAIN,

                    Defendants.
---------------------------------------------------------X



## STIPULATED EXTENSION OF TIME

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the plaintiffs and for the defendants that the time for defendants to answer, move or otherwise respond with respect to the Complaint herein may be extended from February 29, 2008 up to and including March 17, 2008. One previous extension has been requested and granted. The extension is necessary to facilitate the parties' ongoing settlement discussions. Counsel for all parties consent to this requested extension.

So Ordered

03/5/08

Dated: New York, New York
       February 29, 2008

                                          HUGHES HUBBARD & REED LLP
                                          Attorneys for Plaintiff John T. Ore

                                          By: _____
                                              Natasha N. Reed (NR 8761)
                                          One Battery Park Plaza
                                          New York, NY 10004-1482
                                          (212) 837-6000

27256/000/821442.1

PERKINS LAW OFFICE
Attorneys for Plaintiffs Francis M. Dunlop
and Robin E. Dunlop

By: /s/ Patrick Perkins
Patrick Perkins (PP 1694)
1711 Route 9D
Cold Spring, NY 10516
(845) 265-2820


COWAN, LIEBOWITZ & LATMAN, P.C.

By: /s/ Robert W. Clarida
Robert W. Clarida (RC 3190)
Attorneys for Defendants
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200


SO ORDERED:

_____
U.S.D.J.

2

27256/000/821662.1