*[handwritten]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOHN T. ORE, FRANCIS M. DUNLOP, and          Civil Action No. 07 CV 10681 *(NRB)*
ROBIN E. DUNLOP

                Plaintiffs,

    v.

THELONIOUS RECORDS, INC.;
THELONIOUS S. MONK, JR. a/k/a
T.S. MONK, and PETER G. GRAIN,

              Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: *[handwritten]*

## STIPULATED EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the plaintiffs and for the defendants that the time for defendants to answer, move or

otherwise respond with respect to the Complaint herein may be extended from March 17, 2008

up to and including March 31, 2008. Two previous extensions have been requested and granted.

The extension is necessary to facilitate the parties' ongoing settlement discussions. Counsel for

all parties consent to this requested extension.

Dated: New York, New York
      March 14, 2008

                      HUGHES HUBBARD & REED LLP
                      Attorneys for Plaintiff John T. Ore

                      By: _____
                         Natasha N. Reed  (NR 8761)
                      One Battery Park Plaza
                      New York, NY  10004-1482
                      (212) 837-6000

PERKINS LAW OFFICE
Attorneys for Plaintiffs Francis M. Dunlop
   and Robin E. Dunlop

By: _____
    Patrick Perkins  (PP 1694)
1711 Route 9D
Cold Spring, NY 10516
(845) 265-2820


COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    Robert W. Clarida (RC 3190)
Attorneys for Defendants
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200


3/14/08

2

27256/000/821662.1