UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN T. ORE, FRANCIS M. DUNLOP, and           Civil Action No. 07 CV 10681
ROBIN E. DUNLOP

                         Plaintiffs,

    v.

THELONIOUS RECORDS, INC.;
THELONIOUS S. MONK, JR. a/k/a
T.S. MONK, and PETER G. GRAIN,

                         Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant, Thelonious Records, Inc., certifies that defendant has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
           March 31, 2008

                                        COWAN, LIEBOWITZ & LATMAN, P.C.

                                        By _/s/ Robert W. Clarida_
                                            Robert W. Clarida (RC 3190)
                                         Attorneys for Defendants
                                         1133 Avenue of the Americas
                                         New York, New York 10036-6799
                                         (212) 790-9200

27256/000/825032.1