AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JOHN T. ORE, FRANCIS M. DUNLOP, and
ROBIN E. DUNLOP

V.

THELONIOUS RECORDS, INC., THELONIOUS
S. MONK, JR. a/k/a T.S. MONK, and PETER G.
GRAIN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 10681**

**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

Thelonious S. Monk, Jr., a/k/a T.S. Monk
375 Redmond Road
South Orange, NJ 07079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Michael E. Salzman (MS 6485) | Patrick T. Perkins, Esq. (PP 1694) |
| Perla M. Kuhn (PK 9743) | Perkins Law Office, PC |
| Natasha N. Reed (NR 8761) | 1711 Route 9D |
| Hughes Hubbard & Reed LLP | Cold Spring, NY 10516 |
| One Battery Park Plaza | |
| New York, NY 10004-1482 | |
| | |
| Attorneys for John T. Ore | Attorney for Francis M. Dunlop and Robin E. Dunlop |

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 2 9 2007

CLERK _____  DATE

(By) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                *Signature of Server*

                                              _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOHN T. ORE, FRANCIS M. DUNLOP and ROBIN E. DUNLOP,

                        Plaintiffs,

    -against-                                     07 Civ. 10681 (NRB)

THELONIOUS RECORDS, INC., THELONIOUS S. MONK, JR.
a/k/a T.S. MONK, and PETER G. GRAIN,

                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                              ss. :
COUNTY OF NEW YORK  )

      PATRICIA E. SMITH, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP, attorneys for Defendants herein; that on the 10th of December, 2007, deponent served the **SUMMONS, COMPLAINT, NOTICE OF LAWSUIT and WAIVER OF SERVICE OF SUMMONS, INDIVIDUAL RULES OF JUDGE BUCHWALD and MAGISTRATE DOLINGER and ECF PROCEDURES AND GUIDELINES** by First Class Mail, true and correct copies being in securely enclosed, postpaid wrapper, properly addressed as indicated below, and by depositing the aforementioned documents in a

depository under the exclusive care and control of the United States Government, within the city, county and state of New York.

TO:   Thelonious S. Monk, Jr., a/k/a T.S. Monk
375 Redmond Road
South Orange, New Jersey 07079

Thelonious Records, Inc.
4701 Lakeshore Terrace
Fort Gratiot, MI 48059

Peter G. Grain
4701 Lakeshore Terrace
Fort Gratiot, MI 48059

*Patricia E. Smith* (signature)
PATRICIA E. SMITH

Sworn to before me this
8th day of April, 2008.

*Jack Clancy* (signature)
Notary Public

JOHN R. CLANCY
NOTARY PUBLIC, State of New York
No. 01CL6145100
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires May 1, 2010