AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

JOHN T. ORE, FRANCIS M. DUNLOP, and
ROBIN E. DUNLOP

V.

THELONIOUS RECORDS, INC., THELONIOUS
S. MONK, JR. a/k/a T.S. MONK, and PETER G.
GRAIN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 10681

# JUDGE BUCHWALD

TO: (Name and address of Defendant)

Peter G. Grain
4701 Lakeshore Terrace
Fort Gratiot, MI 48059

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Salzman (MS 6485)
Perla M. Kuhn (PK 9743)
Natasha N. Reed (NR 8761)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Attorneys for John T. Ore

Patrick T. Perkins, Esq. (PP 1694)
Perkins Law Office, PC
1711 Route 9D
Cold Spring, NY 10516

Attorney for Francis M. Dunlop
and Robin E. Dunlop

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE         NOV 2 9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                  *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN T. ORE, FRANCIS M. DUNLOP and ROBIN E. DUNLOP,

                                        Plaintiffs,

              -against-                                              07 Civ. 10681 (NRB)


THELONIOUS RECORDS, INC., THELONIOUS S. MONK, JR.
a/k/a T.S. MONK, and PETER G. GRAIN,


                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK      )
                                    ss. :
COUNTY OF NEW YORK  )


        PATRICIA E. SMITH, being duly sworn, deposes and says that I am over the age of

eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP,

attorneys for Defendants herein; that on the 10th of December, 2007, deponent served the

**SUMMONS, COMPLAINT, NOTICE OF LAWSUIT and WAIVER OF SERVICE OF**

**SUMMONS, INDIVIDUAL RULES OF JUDGE BUCHWALD and MAGISTRATE**

**DOLINGER and ECF PROCEDURES AND GUIDELINES** by First Class Mail, true and

correct copies being in  securely enclosed, postpaid wrapper, properly addressed as indicated

below, and by depositing the aforementioned documents in a

depository under the exclusive care and control of the United States Government, within the city, county and state of New York.

TO:    Thelonious S. Monk, Jr. , a/k/a T.S. Monk
375 Redmond Road
South Orange, New Jersey 07079


Thelonious Records, Inc.
4701 Lakeshore Terrace
Fort Gratiot, MI 48059


Peter G. Grain
4701 Lakeshore Terrace
Fort Gratiot, MI 48059


PATRICIA E. SMITH

Sworn to before me this
8th day of April, 2008.

Notary Public

**JOHN R. CLANCY**
NOTARY PUBLIC, State of New York
No. 01CL6145100
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires May 1, 2010