**Hughes Hubbard**

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

April 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

APR 28 2008

BY HAND

Honorable Naomi R. Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

Re: *Ore, et al. v. Thelonious Records, Inc. et al.*
07 Civ. 10681 (NRB)(MHD)

Dear Judge Buchwald:

We represent plaintiff John T. Ore in this action.

We write with defendants' consent and the consent of the remaining plaintiffs in this case to respectfully request an adjournment of the initial pretrial conference currently scheduled for May 1, 2008 at 3:30 p.m. We ask that the Court reschedule the initial pretrial conference for 3:30 p.m. on May 6, May 15 or May 22, 2008, or thereafter at the Court's convenience. We seek this adjournment because counsel for Mr. Ore, Natasha Reed, has a scheduling conflict on May 1. .Accordingly, the parties have mutually agreed upon the alternative dates set forth above or thereafter at the Court's convenience, for a new initial conference date. The parties have already conferred with each other as directed by Your Honor pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.

This is our first request to adjourn the initial pretrial conference.

Respectfully,

Natasha N. Reed

*[Handwritten endorsement:] The conference is adjourned until May 6, 2008 at 3:00.30 Ordered [signature] 4/28/08*

cc: Robert W. Clarida (by electronic mail)
Patrick T. Perkins (by electronic mail)