# Hughes Hubbard



**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

August 6, 2008

BY HAND

Hon. Naomi R. Buchwald
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

NAOMI REICE BUCHWALD
AUG - 7 2008
UNITED STATES DISTRICT

Re: *Ore et al. v. Thelonious Records, Inc. et al.*, 07 Civ. 10681 (NRB)(MHD)

Dear Judge Buchwald:

On behalf of the plaintiffs in this action, we write to update Your Honor concerning the status of the parties' settlement discussions.

Defendants recently provided plaintiffs with certain information concerning defendants' sales and future releases of live musical recordings at issue in this litigation. At this time, we are still reviewing the information provided by defendants. We expect to serve a written response on defendants within the next two weeks.

Based on the foregoing, plaintiffs respectfully request that Your Honor allow for an additional thirty (30) days for the parties to continue settlement discussions. Defendants' counsel has consented to this request. This is the third request for an extension.

Respectfully,

Natasha N. Reed

So Ordered.
Naomi Reice
Buchwald, USDJ
8/7/08

cc: Robert W. Clarida, Esq. (by electronic mail)
    Patrick T. Perkins, Esq. (by electronic mail)

60361748_1.DOC    New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo