

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

JOHN T. ORE, FRANCIS M. DUNLOP, and
ROBIN E. DUNLOP,

                      Plaintiffs,

-against-

THELONIOUS RECORDS, INC.,
THELONIOUS S. MONK JR. a/k/a T.S.
MONK, and PETER G. GRAIN,

                      Defendants.

----------------------------------------

07 Civ. 10681 (NRB)(MHD)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein that this action and all claims asserted herein shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties agree that each party shall bear its own attorney's fees and costs.

Dated: New York, New York
       April 14, 2009

By: _____
Michael E. Salzman
Pekia M. Kuhn
Natasha N. Reed
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Plaintiff John T. Ore

By: _____
Patrick T. Perkins
PERKINS LAW OFFICE
1711 Route 9D
Cold Spring, New York 10516
(845) 26502820

Attorney for Plaintiffs Francis M. Dunlop
and Robin E. Dunlop

By: _____
Robert W. Clarida
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200

Attorney for Defendants

 [PROPOSED] ORDER

This Court has reviewed the Stipulation set forth above. Good cause appearing,

IT IS ORDERED that:

1. This action is dismissed with prejudice.

2. The parties shall bear their own attorney's fees and costs.

United States District Judge

4/15/09